

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Randy Schmutz, Appellant

No. 06-12-00059-CR          v.

The State of Texas, Appellee

Appeal from the 76th District Court of Titus County, Texas (Tr. Ct. No. CR14,334). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

     As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

     We further order that the appellant, Randy Schmutz, pay all costs of this appeal.

RENDERED MARCH 22, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk